Mark I. Bane (MB 4883)
Mark R. Somerstein (MS 9721)
James A. Wright III (JW 3007)
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, New York  10036-8704
(212) 596-9000: Telephone
(212) 596-9090: Facsimile

Proposed Attorneys for the Official Committee
of Unsecured Creditors of Wellman, Inc., *et al.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | ) Chapter 11 |
| WELLMAN, INC., *et al.*, | ) Case No. 08-10595 (SMB) |
| | ) Jointly Administered |
| Debtors. | ) |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that the Official Committee of Unsecured Creditors of Wellman, Inc., *et al.* (the "Committee"), by and through its undersigned proposed counsel, hereby appeals, pursuant to Rule 8001(a) of the Federal Rules of Bankruptcy Procedure and Section 158(a) of title 28 of the United States Code, to the United States District Court for the Southern District of New York, from the Final Order Under 11 U.S.C. §§ 105, 361, 362, 363(c), 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1) and 364(e) and Fed. R. Bankr. P. 2002, 4001 and 9014 (I) Authorizing Debtors to Obtain Post-Petition Financing, (II) Authorizing Debtors to Use Cash Collateral and (III) Granting Adequate Protection to Prepetition Secured Parties (Dkt. # 181) (the "Order") of the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, entered on April 7, 2008, approving the Debtors' Motion for Entry of Interim and Final Orders (a) Authorizing Debtors to Obtain Postpetition Secured Financing and Utilize Cash Collateral; (b) Granting Adequate Protection to Prepetition Secured Lenders; and (c) Scheduling Final

Hearing (Dkt. # 10).  A copy of the Order is attached hereto as <u>Exhibit A</u>.

The parties to the Order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

1. **<u>Wellman, Inc., *et al*.</u>**

   Jonathan S. Henes
   Colin M. Adams
   Kirkland & Ellis LLP
   Citigroup Center
   153 East 53rd Street
   New York, NY 10022-4611
   Tel: (212) 446-4800

2. **<u>Official Committee of Unsecured Creditors of Wellman, Inc., *et al*.</u>**

   Mark I. Bane
   Mark R. Somerstein
   James A. Wright III
   ROPES & GRAY LLP
   1211 Avenue of the Americas
   New York, New York  10036-8704
   Tel: (212) 596-9000

3. **<u>Deutsche Bank Trust Company Americas</u>**

   Michael E. Emrich
   Winston & Strawn LLP
   200 Park Avenue
   New York, NY 10166
   Tel: (212) 294-6700

   Matthew J. Botica
   Daniel J. McGuire
   Winston & Strawn LLP
   35 West Wacker Drive
   Chicago, IL 60601
   Tel: (312) 558-5600

4. **The Bank of New York, as Successor Administrative and Collateral Agent**

    Lenard M. Parkins
    Kenric D. Kattner
    Jonathan Hook
    Jason A. Nagi
    Haynes and Boone, LLP
    153 East 53rd Street, Suite 4900
    New York, NY 10022
    Tel: (212) 659-7300

5. **Informal Second Lien Lender Group of Wellman, Inc., *et al*.**

    Michael S. Stamer
    Philip M. Abelson
    Akin Gump Strauss Hauer & Feld LLP
    590 Madison Avenue
    New York, NY 10022-2524
    Tel: (212) 872-1000

6. **United States Trustee**

    Andrew Velez-Rivera
    Office of the United States Trustee
    33 Whitehall Street
    21st Floor
    New York, NY 10004
    Tel: (212) 510-0500

Dated: New York, New York
       April 14, 2008

ROPES & GRAY LLP

By: */s/* Mark R. Somerstein
    Mark I. Bane (MB 4883)
    Mark R. Somerstein (MS 9721)
    James A. Wright III (JW 3007)
1211 Avenue of the Americas
New York, New York 10036-8704
(212) 596-9000: Telephone
(212) 596-9090: Facsimile

Proposed Attorneys for the Official Committee of Unsecured Creditors of Wellman, Inc., *et al.*