USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/27/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE WELLMAN, INC., *et al.*,

_____

Official Committee of Unsecured           )
Creditors of Wellman, Inc., *et al.*,      )
                                          )
                    Appellant,            )
                                          )
v.                                        )    08 CV 04470 (SAS)
                                          )
Wellman, Inc., *et al.*,                   )
                                          )
                    Appellee.             )
_____          )

## STIPULATED ORDER REGARDING BRIEFING SCHEDULE

WHEREAS, on February 22, 2008, Wellman, Inc. and its debtor subsidiaries ("Wellman"

or the "Debtors") commenced chapter 11 cases in the United States Bankruptcy Court for the

Southern District of New York;

WHEREAS, on February 22, 2008, the Debtors filed the Debtors' Motion for Entry of

Interim and Final Orders (a) Authorizing Debtors to Obtain Postpetition Secured Financing and

Utilize Cash Collateral; (b) Granting Adequate Protection to Prepetition Secured Lenders; and

(c) Scheduling Final Hearing;

WHEREAS, on March 10, 2008, the Office of the United States Trustee formed the

statutory committee of unsecured creditors (the "Committee");

WHEREAS, on March 25, 2008, the Official Committee filed the Objection of the

Official Committee of Unsecured Creditors to Debtors' Motion for Entry of Interim and Final

Orders (a) Authorizing Debtors to Obtain Postpetition Secured Financing and Utilize Cash

Collateral; (b) Granting Adequate Protection to Prepetition Secured Lenders; and (c) Scheduling

Final Hearing;

WHEREAS, on April 7, 2008, the Court entered the Final Order Under 11 U.S.C. §§ 105,

361, 362, 363(c), 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1) and 364(e) and Fed. R. Bankr. P.

2002, 4001 and 9014 (i) Authorizing Debtors to Obtain Post-Petition Financing, (ii) Authorizing

Debtors to Use Cash Collateral, and (iii) Granting Adequate Protection to Prepetition Secured

Parties (the "Final DIP Order");

WHEREAS, an April 14, 2008, the Committee filed a Notice of Appeal of the Final DIP

Order;

WHEREAS, Wellman and the Committee (collectively, the "Parties") have agreed to the

briefing schedule set forth below for purposes of the above-captioned appeal;

NOW THEREFORE, THE PARTIES HEREBY AGREE, AND THE COURT ORDERS

AS FOLLOWS:

1.    The Committee's initial brief shall be due on or before ~~August 6~~ June 30, 2008.

2.    The Debtor's responsive brief shall be due on or before ~~August 20~~ July 21, 2008.

3.    The Committee's reply brief shall be due on or before ~~September 10~~ August 4, 2008.

2

Dated: May 21, 2008

**KIRKLAND & ELLIS LLP**

Jonathan S. Henes  (JH 1979)
Colin M. Adams  (CA 2916)
Citigroup Center
153 East 53rd Street
New York, New York 10022-4611
(212) 715-1000 (Telephone)
(212) 715-1399 (Facsimile)

*Counsel to the Debtors and Debtors in
Possession*

**ROPES & GRAY LLP**

Mark I. Bane  (MB 4883)
Mark R. Somerstein  (MS 9721)
James A. Wright III  (JW 3007)
1121 Avenue of the Americas
New York, New York 10036-8704
(212) 596-9000 (Telephone)
(212) 596-9090 (Facsimile)

*Counsel to the Official Committee of
Unsecured Creditors of Wellman, Inc., et al.*

SO ORDERED this 27 day of May, 2008

HONORABLE SHIRA A. SCHEINDLIN