UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | ) Chapter 11 |
| WELLMAN, INC., *et al.*, | ) Case No. 08-10595 (SMB) <br> ) Jointly Administered |
| Debtors. | ) |
| Official Committee of Unsecured Creditors of Wellman, Inc., *et al.*, | ) |
| Appellant, | ) |
| v. | ) |
| Wellman, Inc., *et al.*, | ) |
| Appellee, | ) 08 CV 04470 (SAS) |
| and | ) |
| The Bank of New York, as agent, | ) |
| Appellee, | ) |
| and | ) |
| Wilmington Trust Company, as agent, | ) |
| Appellee. | ) |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/2/08

### NOTICE OF WITHDRAWAL OF APPEAL

**PLEASE TAKE NOTICE** that the appellants in the above-captioned appeal (the "Appeal"), the Official Committee of Unsecured Creditors of Wellman, Inc., *et al.*, hereby withdraw the Appeal.

11165772_1.DOC

Dated: New York, New York  
July 1, 2008

ROPES & GRAY LLP

By: /s/ James A. Wright III  
Mark I. Bane (MB 4883)  
Mark R. Somerstein (MS 9721)  
James A. Wright III (JW 3007)  
1211 Avenue of the Americas  
New York, New York 10036-8704  
(212) 596-9000: Telephone  
(212) 596-9090: Facsimile

Attorneys for the Official Committee  
of Unsecured Creditors of Wellman, Inc., et al.

_____  
U.S.D.J.

7/2/08